UNITED STATES of America,
Plaintiff–Appellee,

v.

Robert H. SMITH; Patsy L. Smith,
Defendants–Appellants.

No. 04–30325.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Jan. 7, 2005.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Shreveport, LA, for Plaintiff–Appellee.

Leroy White, Baton Rouge, LA, for Defendants–Appellants.

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM: *

Robert H. and Patsy L. Smith have appealed orders of restitution imposed by the district court on resentencing. The Smith's motion to strike portions of the Government's brief is DENIED AS MOOT, while their motion to waive the requirement to provide a diskette is GRANTED. Finding no error in the ultimate result reached by the district court, we AFFIRM. *See United States v. Early,* 27 F.3d 140, 141–42 (5th Cir.1994).

AFFIRMED. MOTION TO STRIKE PORTIONS OF BRIEF DENIED AS MOOT; MOTION TO WAIVE PROVIDING A DISKETTE GRANTED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.